FILED-CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

05 APR 25 PM 3: 07

FOR THE EASTERN DISTRICT OF TEXAS EASTERN-MARSHALL

TEXARKANA DIVISION

BY_____

| | | |
|---|---|---|
| TIMOTHY KIDD, #1063499 | § | |
| VS. | § | CIVIL ACTION NO. 5:02cv221 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS, ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 25 day of April, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE